UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

v.                                                         Case No: 6:11-cv-2043-Orl-36TBS

CANDICE D. HILL and ESTATE OF
MARSHA L. MCEACHERN,

    Defendants.
_____

## ORDER

Pending before the Court is Plaintiff Metropolitan Life Insurance Company's Motion to be Excused from Mediation. (Doc. 30). Pursuant to M.D. Fla. Rule 3.01(g) Plaintiff represents that it has conferred with the representative of the Estate of Marsha L. McEachern, who has no objection to this motion, and with pro se Defendant Candice Hill, who objects to the sought relief. Plaintiff also represents that Defendant Candice Hill has refused to pay for or attend mediation despite the Court's Case Management and Scheduling Order (Doc. 13). Consequently, the parties' mediation conference was cancelled and has not been rescheduled. The deadline to mediate is tomorrow, November 1, 2012. (Doc. 13). Plaintiff states that it is a disinterested stakeholder in this case and that its presence at mediation is not necessary. Upon due consideration, Plaintiff's motion is **GRANTED**. Plaintiff is **EXCUSED** from attending mediation. The Defendants are reminded that a failure to comply with this Court's orders, including by failing and refusing to mediate this case, may result in sanctions including the dismissal of this action. (Doc. 13 at 11(E)(3)).

**IT IS SO ORDERED**.

**DONE** and **ORDERED** in Orlando, Florida on the 31st day of October, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties